.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20179-CR-COOKE

UNITED STATES OF AMERICA

vs.

JORGE SANTIAGO ACOSTA CHIQUITO,

Defendant.

_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about March 9, 2021, a United States Marine Patrol Aircraft ("MPA") detected a go-fast vessel ("GFV") located approximately 210 nautical miles southwest of Isla de Coiba, Panama, in international waters and upon the high seas. The MPA observed that the GFV had three individuals on board, displayed no apparent indicia of nationality, had a large amount of fuel barrels and containers on deck, and was operating in a known drug trafficking area. When the MPA flew over the GFV, all three individuals pulled hoods up to conceal themselves. The MPA alerted the United States Coast Guard (USCG) Cutter *MUNRO*, which was in the area.   The *MUNRO* diverted to investigate.

The *MUNRO* launched its Small Unmanned Aircraft System ("SUAS"), which established visual surveillance of the GFV. The *MUNRO* also launched an Over the Horizon boat ("OTH"),

Page 1 of 3

with a USCG boarding team, to intercept the GFV. When the OTH reached the GFV, the boarding team encountered three individuals on board the GFV who were later identified as Agustin Vicente Suarez Chompol, Julio Cesar Quinones Calzada, and Jorge Santiago Acosta Chiquito. The boarding team spoke with Quinones Calzada who was identified as the master. While Quinones Calzada refused to make a claim of nationality for the vessel, he stated their last port of call was Esmeraldas, Ecuador. A check of the GFV yielded Ecuadorian registration documents which included a name, MARIA DE JESUS, registration number B-02-293118, and listed homeport as Esmeraldas, Ecuador. The registration number and a maker's mark consisting of a rectangle with three horizontal stripes (yellow/blue/red from top to bottom) were painted on the port and starboard sides of the hull. The Government of Ecuador was contacted and responded they could neither confirm nor deny nationality of the vessel. Based the Government of Ecuador's response, the vessel was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

The USCG boarding team recovered approximately 674 kilograms of suspected cocaine from the vessel which later field tested positive for cocaine. All three individuals, along with the 674 kilograms of suspected cocaine, were transferred to the USCG Cutter *MUNRO*.

[THIS AREA INTENTIONALLY LEFT BLANK.]

The parties further agree that there is enough of a factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), is a vessel subject to the jurisdiction of the United States.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 13 JAN. 2022          By: _____
                                YVONNE RODRIGUEZ-SCHACK
                                ASSISTANT UNITED STATES ATTORNEY

Date: 01/13/2022            By: _____
                                JORGE SANTIAGO ACOSTA CHIQUITO
                                DEFENDANT

Date: 13/Jan 2022           By: _____
                                SILVIA PINERA-VAZQUEZ
                                ATTORNEY FOR DEFENDANT